**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEANNE CARTER, ET AL.** | : | **CIVIL ACTION - LAW** |
| | : | **JURY TRIAL DEMANDED** |
| **Plaintiffs** | : | |
| | : | |
| vs. | : | **ELECTRONICALLY FILED** |
| | : | |
| **TA OPERATING LLC, ET AL.** | : | |
| | : | |
| **Defendant** | : | **NO. 3:16-CV-01390** |

**STIPULATION TO DISMISS DEFENDANTS**

    Based on the representation of the Defendants that TA Operating LLC owned and controlled the accident location at the time of the incident, it is hereby Stipulated by and between Counsel below that Defendants Travelcenters of America, LLC, d/b/a Travelcenters of America and Petro Shopping Centers and Petro Scranton #378, are dismissed as parties in this matter, and that Defendant TA Operating LLC, is the proper named Defendant.

| | |
|---|---|
| **/s/ James M. Wetter, Esquire** | **/s/Gerald A. Connor, Esquire** |
| James M. Wetter, Esquire | Gerald A. Connor, Esquire |
| Counsel for Plaintiffs | Counsel for Defendants |
| Dougherty Leventhal & Price, LLP | Margolis Edelstein |
| 459 Wyoming Avenue | 220 Penn Avenue, Suite 305 |
| Kingston, PA 18704 | Scranton, PA 18503 |
| jwetter@dlplaw.com | gconnor@margolisedelstein.com |
| I.D. No. 46347 | I.D. No. 77406 |