IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANETTE CARTER and ROBERT CARTER,<br>    **Plaintiffs**<br><br>v.<br><br>**TA OPERATING, LLC,**<br>    **Defendant** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 3:16cv1390<br><br>(Judge Munley) |

## ORDER

Upon notice to the court by counsel that this case has settled, it is hereby **ORDERED** as follows:

1) This case is dismissed without costs;

2) The parties have **sixty (60)** days in which to consummate the settlement; and

3) The Clerk of Court is directed to close this case.

BY THE COURT:

Date: 12/18/17

_____
JUDGE JAMES M. MUNLEY
United States District Court